UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA GALLOWAY,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

                                                            /

Case No. 1:14-CV-00982

Hon. Janet T. Neff

---

B. Thomas Golden (P70822)
GOLDEN LAW OFFICES, PC
Attorneys for Plaintiff
2186 West Main Street,
PO Box 9
Lowell, MI 49331
(616) 897-2900
(616) 897-2907 (Facsimilie)
email: btg@bthomasgolden.com

Scott R. Eldridge (P66452)
Lara L. Kapalla (P67667)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Attorneys for Defendant GC Services LP
One Michigan Avenue, Suite 900
Lansing, MI  48933
(517) 487-2070
(517) 374-6304 (Facsimile)
email: eldridge@millercanfield.com
email: kapalla@millercanfield.com

---

## ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT AGAINST DEFENDANT GC SERVICES, LP, WITHOUT FEES OR COSTS TO ANY PARTY

Pursuant to the parties' stipulation between Plaintiff Jessica Galloway ("Plaintiff") and Defendant GC Services, LP ("GC Services") filed with this Court (Dkt 16), Plaintiff's Complaint, including any and all claims asserted therein or which could have been asserted therein, is hereby dismissed with prejudice, without fees or costs awarded to any party.

This Order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**

Dated:  January 13, 2015

                                                      __/s/ Janet T. Neff_____
                                                      JANET T. NEFF
                                                      United States District Judge